# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**DERRICK HAMILTON,**

    **Plaintiff,**

vs.             **CASE NUMBER: 9:06-CV-805**

**J.T. SMITH, J. MALY,
WILLIAM G. GONZALEZ,
M. GENOVESE, M. SKIES,
DONALD SELSKY, D.PARISI,
F. CHIAPPERINO and ELAINE DAVIS**,

    **Defendants**.

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Rule 50 motion to dismiss this case made at the close of proof at a jury trial is granted, and plaintiff's remaining causes of action against defendants J.T. Smith and J. Maly are hereby dismissed pursuant to the oral order read into the record by Hon. Glenn T. Suddaby on the 13th day of July, 2010.

Plaintiff's causes of action against Defendants William G. Gonzalez, M. Genovese, M. Skies, Donald Selsky, D. Parisi, F. Chiapperino and Elaine Davis were previously dismissed pursuant to the Memorandum Decision and Order of the Hon. Glenn T. Suddaby on the 30th day of September, 2009.

DATED: July 13, 2010

                                                 Clerk of Court

                                                 s/
                                                 L. Welch
                                                 Deputy Clerk